| | |
|---|---|
| 1 | J. RANDALL ANDRADA (SBN 70000) |
| | randrada@andradalaw.com |
| 2 | BRENDAN KENNY (SBN 237969) |
| | bkenny@andradalaw.com |
| 3 | **ANDRADA & ASSOCIATES** |
| | **PROFESSIONAL CORPORATION** |
| 4 | 180 Grand Avenue, Suite 925 |
| | Oakland, California 94612 |
| 5 | Tel.: (510) 287-4160 |
| | Fax: (510) 287-4161 |
| 6 | |
| 7 | Attorneys for Defendant |
| | J. BENEFIELD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS, | Case No.: C 03 3873 VRW |
| Plaintiff, | |
| v. | **STIPULATION RE: SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| A.A. LAMARQUE, et al., and JOHN/JANE DOES 1 through 10, | Action Filed:  August 21, 2003 |
| Defendants. | |

TO PLAINTIFF IN PRO PER:

PLEASE TAKE NOTICE that defendant makes the following substitution:

Former legal representative:

        Trace O. Maiorino
        California State Attorney General's Office
        1515 Clay Street, 20th Floor
        Oakland, CA 94612-0550
        Tel: (510) 622-2213 / Fax: (510) 622-2121

New legal representative:

        J. Randall Andrada, Esq.
        Andrada & Associates
        180 Grand Avenue, Suite 925
        Oakland, CA 94612
        Tel: (510) 287-4160
        Fax: (510) 287-4161
        Email: randrada@andradalaw.com

I consent to this substitution:

OFFICE OF THE ATTORNEY GENERAL
STATE OF CALIFORNIA

Date: 9/27 , 2007

By /s/ Trace O. Maiorino
TRACE O. MAIORINO
Deputy Attorney General, State of California

I accept this substitution:

ANDRADA & ASSOCIATES

Date: 10/3 , 2007

By /s/ J. Randall Andrada
J. RANDALL ANDRADA
Attorneys for Defendant J. BENEFIELD

**IT IS SO ORDERED.**

Dated: 10/9/2007 _____

IT IS SO ORDERED
Judge Vaughn R Walker
VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

---

{00051440.DOC/}DOC 0551
STIPULATION RE SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

*Thomas v. Lamarque, et al.*
C03 3873 VRW

2