IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS, ) | |
| ) | |
| Plaintiff(s), ) | No C 03-3873 VRW (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| A A LAMARQUE, et al, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On March 6, 2008, this prisoner civil rights matter was reopened after defendant James Benefield informed the court in writing that plaintiff's interlocutory appeal had been dismissed. The next day, March 7, 2008, Benefield filed a motion to dismiss certain claims for failure to exhaust available administrative remedies before filing suit.

In the interest of expediting these proceedings, the other defendants are ordered to file a motion to dismiss for failure to exhaust available administrative remedies (or other appropriate motion) by no later than April 30, 2008. Plaintiff shall file an opposition, or notice of non-opposition, to the motions filed by defendants by no later than May 30, 2008. Defendants shall file a reply to any opposition filed by plaintiff within 15 days of receipt.

The hearing noticed for June 5, 2008 is VACATED.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.03\Thomas1.or11.wpd