IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff(s),

vs.

A A LAMARQUE, et al,

    Defendant(s).

No C 03-3873 VRW (PR)

ORDER

    The court's March 27, 2008 order mailed to plaintiff was returned as undeliverable because it was sent to the prison's physical address rather than the prison's mailing address for inmates. The clerk is instructed to update the docket and mail another copy of the March 27, 2008 to the following address: Edward Thomas, P-64423, High Desert State Prison, C-1-117, P.O. Box 3030, Susanville, CA 96127-3030. Defendants are instructed to take notice of plaintiff's mailing address as well.

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.03\Thomas1.or12.wpd