IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS, | No C-03-3873 VRW (PR) |
|     Plaintiff, | |
|     v | ORDER |
| AA LAMARQUE, et al, | |
|     Defendant(s). | (Doc #137) |

Plaintiff, a state prisoner currently incarcerated at the California Correctional Institution in Tehachapi, California, has a pending pro se prisoner action for damages under 42 USC section 1983 against the director, chief deputy director and various other officers/employees of the California Department of Corrections and Rehabilitation and against the warden and various other officers/employees of Salinas Valley State Prison, where he was formerly incarcerated.

On April 22, 2009, plaintiff filed a request for a court order to own or possess a typewriter to assist him in preparing his legal pleadings, explaining that he has impaired mobility and

arthritis in both hands.  Doc #137.

To assist the court in ruling on plaintiff's request, the court orders defendants to respond to plaintiff's request not later than May 26, 2009.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.03\Thomas-03-3873-typewriter-response requested.wpd

2